UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN REED POOLE, JR. HUSBAND OF/AND HOLLY MABRY POOLE<br><br>Plaintiffs,<br><br>versus<br><br>LOYOLA UNIVERSITY NEW ORLEANS COLLEGE OF LAW, MISSISSIPPI COLLEGE OF LAW, U.S. DEPARTMENT OF EDUCATION THROUGH FEDERAL STUDENT AID, AND PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY THROUGH FEDLOAN SERVICING<br><br>Defendants. | CIVIL ACTION NO: 16-16700<br><br>JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Parties to the above-captioned lawsuit, appearing herein through their respective attorneys of record, represents to the Court that the parties have amicably settled and compromised all claims asserted in this action. The Parties have therefore agreed that this suit and all claims asserted by Plaintiffs John Reed Poole, Jr., husband of/and Holly Mabry Poole, against all Defendants, namely Loyola University New Orleans (incorrectly named as Loyola University College of Law), Mississippi College (incorrectly named as Mississippi College of Law), U.S. Department of Education, and Pennsylvania Higher Education Assistance Agency/Fed Loan Servicing, and all cross-claims asserted by the U.S. Department of Education should be dismissed, with prejudice, and that each party is to bear their own litigation expenses, court costs and attorneys' fees.

00502795

**WHEREFORE,** the Parties move the Court to issue an order dismissing all claims against all Defendants, Loyola University New Orleans, Mississippi College, U.S. Department of Education, and Pennsylvania Higher Education Assistance Agency/Fed Loan Servicing, and all cross-claims of the U.S. Department of Education, with prejudice, with each party to bear their own costs.

Respectfully Submitted:

BURGOS & ASSOCIATES, L.L.C.

/s/ George McGregor
Cesar R. Burgos  (La. Bar No. 24328)
Gabriel O. Mondino  (La. Bar No. 31514)
Robert J. Daigre  (La. Bar No. 23016)
George McGregor  (La. Bar No. 33977)
3535 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-3722
Facsimile: (504) 482-8525
gmcgregor@burgoslawfirm.com

*ATTORNEYS FOR PLAINTIFFS,
JOHN REED POOLE, JR. OF/AND HOLLY MABRY POOLE*

/s/ Bradley C. Knapp (by permission)
Bradley C. Knapp
  LA Bar No. 35867
Natalie White
  LA Bar No. 36723
LOCKE LORD LLP
601 Poydras St., Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
bknapp@lockelord.com
natalie.white@lockelord.com

*ATTORNEYS FOR DEFENDANT,
PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY/FEDLOAN SERVICING*

      */s/ Kelly Juneau Rookard* (by permission)
Kelly Juneau Rookard (La. Bar No. 30573)
Gretchen F. Richards (La. Bar No. 35782)
IRWIN FRITCHIE URQUHART & MOORE, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
kjuneau@irwinllc.com
grichards@irwinllc.com

*COUNSEL FOR DEFENDANTS,*
*LOYOLA UNIVERSITY NEW ORLEANS AND*
*MISSISSIPPI COLLEGE*


      */s/ Glenn K. Schreiber* (by permission)
Glenn K. Schreiber
Assistant United States Attorney
OFFICE OF DUANE A. EVANS,
ACTING U.S. ASSISTANT ATTORNEY
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Facsimile: (504) 680-3174
Glenn.Schreiber@usdoj.gov

*COUNSEL FOR DEFENDANT,*
*U.S. DEPARTMENT OF EDUCATION*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May ____, 2018, a copy of the pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

<em>/s/ George McGregor</em>