UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN REED POOLE, JR. HUSBAND OF/AND HOLLY MABRY POOLE<br><br>Plaintiffs,<br><br>versus<br><br>LOYOLA UNIVERSITY NEW ORLEANS COLLEGE OF LAW, MISSISSIPPI COLLEGE OF LAW, U.S. DEPARTMENT OF EDUCATION THROUGH FEDERAL STUDENT AID, AND PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY THROUGH FEDLOAN SERVICING<br><br>Defendants. | CIVIL ACTION NO: 16-16700<br><br><br>JUDGE NANNETTE JOLIVETTE BROWN<br><br><br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## **ORDER**

Considering the Parties' Joint Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED that the above-captioned action and all claims asserted in this matter, including the claims asserted by Plaintiffs John Reed Poole, Jr., husband of/and Holly Mabry Poole, against all Defendants, Loyola University New Orleans, Mississippi College, U.S. Department of Education, and Pennsylvania Higher Education Assistance Agency/Fed Loan Servicing, and all cross-claims asserted by the U.S. Department of Education should be dismissed, with prejudice, and that each party is to bear their own litigation expenses, court costs and attorneys' fees.

New Orleans, Louisiana this ___18th___ day of May 2018.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT